# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TASHANA NICHOLE NOEL,**

    **Plaintiff,**

**VS.**                                                  **Case No. 4:16cv269-RH/CAS**

**APRIL BLACKWIL,**

    **Defendant.**
_____/

## ORDER and REPORT AND RECOMMENDATION

On May 6, 2016, Plaintiff Tashana Nichole Noel submitted a complaint, ECF No. 1, and a motion requesting leave to proceed in forma pauperis, ECF No. 2. Good cause having been shown, Plaintiff's motion is granted and the Clerk of Court shall file the complaint without requiring payment of the filing fee.

Plaintiff's complaint has been reviewed. She complains about a dispute with the Defendant over a verbal agreement to sublease a room. ECF No. 1 at 3. Plaintiff gave the Defendant $500.00 and began moving in her belongings. However, Plaintiff does not feel safe in the property because neither she nor the other roommates have keys, so they leave the

residence unlocked.  Plaintiff believes she was not provided all relevant information, including the lack of prior approval to sublease the room from the landlord.  *Id.*  Plaintiff wants her money refunded but the Defendant refuses to do so.  *Id.* at 4.

A United States District Court is a court of limited jurisdiction.  "They possess only that power authorized by Constitution and statute," and jurisdiction may not be provided by consent of a party.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 377, 114 S. Ct. 1673, 1675, 128 L. Ed. 2d 391 (1994).  The issue about subleasing a room or an apartment is a landlord-tenant dispute.  This Court does not have jurisdiction to hear such a case.  Plaintiff's claim is a state court matter and this case must be dismissed for lack of jurisdiction.

Accordingly, it is

**ORDERED:**

1. Plaintiff's motion for in forma pauperis status, ECF No. 2, is **GRANTED**.

2. The Clerk of Court shall file the complaint without requiring payment of the filing fee.

Case No. 4:16cv269-RH/CAS

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, ECF No. 1, be **DISMISSED** for lack of subject matter jurisdiction.

**IN CHAMBERS** at Tallahassee, Florida, on May 12, 2016.


   s/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**