IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


TASHANA NICOLE NOEL,

      Plaintiff,

v.                              CASE NO.  4:16cv269-RH/CAS

APRIL BLACKWIL,

      Defendant.

_____/

## ORDER OF DISMISSAL

This is a landlord-tenant dispute between private parties. The record does not allege diversity of citizenship, and the amount in controversy is well below $75,000. The case thus is not within the court's diversity jurisdiction. *See* 28 U.S.C. § 1332. Nor is there any other basis for federal jurisdiction.

The case is before the court on the magistrate judge's report and recommendation, ECF No. 4, which reaches this same conclusion. No objections have been filed. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's further opinion. The clerk must enter judgment stating, "This case is dismissed for lack of subject matter jurisdiction." The clerk must close the file.

SO ORDERED on June 14, 2016.

s/Robert L. Hinkle<br>United States District Judge